UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAXWELL KINSLEY,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | CASE NO. 2-19-cv-00991-BAT<br><br>**ORDER REGARDING CASE ASSIGNMENT** |

Because he did not decline consent, Plaintiff is deemed to have knowingly and voluntarily consented to the assignment of this case to United States Magistrate Judge Brian A. Tsuchida for all purposes, including trial, final entry of judgment, and direct review by the Ninth Circuit Court of Appeals. *See* Dkt. 4, 28 USC 636(c), Federal Rule of Civil Procedure 73 and Local Magistrate Judge Rule 13. If this was Plaintiff's intent, he need do nothing. If this was not Plaintiff's intent, he must let the Court know **by July 26, 2019**. Otherwise, the case shall remain assigned to the Judge Tsuchida.

DATED this 19th day of July, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER REGARDING CASE ASSIGNMENT - 1